# IN THE SUPREME COURT OF IOWA

No. 11–0389

Filed April 20, 2012

**WILLIE HALL,**

Appellant,

vs.

**EMPLOYMENT APPEAL BOARD,**

Appellee.

On review from the Iowa Court of Appeals.

Appeal from the Iowa District Court for Polk County, Eliza J. Ovrom, Judge.

On further review, appellant alleges the district court erred in assessing court costs. **DECISION OF THE COURT OF APPEALS AFFIRMED IN PART AND VACATED IN PART; DISTRICT COURT JUDGMENT AFFIRMED IN PART AND REVERSED IN PART.**

Benjamin G. Humphrey, Des Moines, for appellant.

Richard R. Autry, Des Moines, for appellee.

**APPEL, Justice.**

The Employment Appeal Board (Board) denied Willie Hall's application for unemployment insurance benefits. Hall filed a petition for judicial review. The district court affirmed the decision of the Board and assessed costs against Hall. The court of appeals affirmed. We grant further review, but limit our consideration to the question of the validity of the judgment as it relates to court costs. *See Hills Bank & Trust Co. v. Converse*, 772 N.W.2d 764, 770 (Iowa 2009) (stating we have the discretion to limit our review to any issue raised on appeal). The court of appeals decision is the final decision with respect to the other issues raised on appeal. *See State v. Johnson*, 784 N.W.2d 192, 193 n.1 (Iowa 2010).

Iowa Code section 96.15(2) (2011) provides, "An individual claiming benefits shall not be charged fees of any kind in any proceeding under this chapter . . . by a court or an officer of the court." "Fees" include court costs. *Cobb v. Emp't Appeal Bd.*, 506 N.W.2d 445, 448 (Iowa 1993); *Geiken v. Lutheran Home for the Aged Ass'n*, 468 N.W.2d 223, 227 (Iowa 1991). We accordingly reverse the district court judgment by removing the requirement that Hall pay court costs.

**DECISION OF THE COURT OF APPEALS AFFIRMED IN PART AND VACATED IN PART; DISTRICT COURT JUDGMENT AFFIRMED IN PART AND REVERSED IN PART.**